THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael L.
 Watts, Appellant.
 
 
 

Appeal From Chesterfield County
 Paul M. Burch, Circuit Court Judge
Unpublished Opinion No. 2010-UP-019
Submitted January 4, 2010  Filed January
 25, 2010    
APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelanka; all
 of Columbia, and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Michael
 L. Watts appeals his convictions for murder, assault and battery with intent to
 kill, discharging a weapon in an occupied building, possession of a weapon
 during the commission of a violent crime, and escape.  Watts's counsel argues
 the trial court erred in refusing to grant a mistrial.  Watts also filed a pro
 se brief arguing numerous additional issues.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.